UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-61369-WPD

HOWARD COHAN,

     Plaintiff,

vs.

SEMBLER FAMILY PARTNERSHIP #41, LTD.
a Florida Limited Partnership

     Defendant.

_____/

**NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendant, SEMBLER FAMILY PARTNERSHIP #41, LTD., a Florida Limited Partnership (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

     RESPECTFULLY SUBMITTED November 2, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ W. Chase Carpenter**
W. CHASE CARPENTER
Florida Bar No. 85768
Primary: ccarpenter@eflegal.com
Secondary: dturner@eflegal.com
**ENGLANDER AND FISCHER LLP**
721 First Avenue North
St. Petersburg, Florida 33701
Tel: (727) 898-7210/Fax: (727) 898-7218
*Counsel for Defendant*

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

　　/s/ Gregory S. Sconzo　　　　
**Gregory S. Sconzo, Esq.**